MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Enrique Reyes De La Cruz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO:  CR12-00088-LHK |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING FROM JANUARY 16, 2013 TO FEBRUARY 20, 2013 |
| ENRIQUE REYES DE LA CRUZ AND GONZALO REYES DE LA CRUZ, | |
| Defendants. | |

The parties, ENRIQUE REYES DE LA CRUZ and GONZALO REYES DE LA CRUZ, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing of these two defendants be continued from January 16, 2013 to February 20, 2013 at 9:00 a.m.

Graham Archer, counsel for Gonzalo Reyes De La Cruz, will commence a homicide trial Monday, January 14, 2013, and will therefore be unavailable for the current sentencing

Stipulation and [Proposed] Order Continuing Sentencing

date of January 16, 2013.  For reasons of judicial economy, it is preferable for these two co-defendants to be sentenced together.

IT IS SO STIPULATED.

Dated:  January 10, 2013                    MELINDA HAAG
                                            United States Attorney

                                            _____/S/_____
                                            OWEN MARTICAN
                                            Assistant United States Attorney

Dated:  January 10, 2013                    _____/S/_____
                                            GRAHAM ARCHER
                                            Counsel for Gonzalo Reyes De La Cruz

Dated:  January 10, 2013                    _____/S/_____
                                            MICHELLE D. SPENCER
                                            Counsel for Enrique Reyes De La Cruz

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing currently scheduled for defendants Gonzalo Reyes De La Cruz and Enrique Reyes De La Cruz on January 16, 2013 shall be continued to February 20, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 1/10/13                              _____
                                            THE HONORABLE LUCY H. KOH
                                            United States District Judge